NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**ACI-SCC JV, ACI-SCC JV LLC,**
*Intervenors-Appellees*

**ADVANCED CONSTRUCTORS INTERNATIONAL LLC,**
*Plaintiff*

**ARWAND ROAD AND CONSTRUCTION COMPANY, TRUSTEE,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

———————————

2018-1721

———————————

Appeal from the United States Court of Federal Claims in No. 1:17-cv-01749-TCW, Judge Thomas C. Wheeler.

———————————

**JUDGMENT**

———————————

YUKI HARAGUCHI, Holmes Pittman & Haraguchi, LLP, Greensboro MD, argued for intervenors-appellees. Also

represented by DONALD C. HOLMES, JR.

WALT PENNINGTON, Pennington Law Firm, San Diego, CA, argued for plaintiff-appellant.

ANTHONY F. SCHIAVETTI, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by MICHAEL DUANE AUSTIN, ROBERT EDWARD KIRSCHMAN, JR., LOREN MISHA PREHEIM, JOSEPH H. HUNT.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, O'MALLEY, and CHEN, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

January 22, 2019     /s/ Peter R. Marksteiner
Date     Peter R. Marksteiner
    Clerk of Court